IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02216-KLM

ELIZABETH D. SATRIANO,

    Plaintiff,

v.

COUNTRYWIDE HOME LOANS, INC., a New York corporation, and all unknown persons who claim any interest in the subject matter of this action,

    Defendant.

_____

**ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Joint Motion for Entry of Judgment** [#30][1] (the "Motion"). The parties have reached settlement and agree that judgment quieting title should be entered in favor of Plaintiff. Accordingly,

IT IS HEREBY **ORDERED** that the Motion [#30] is **GRANTED**.

IT IS FURTHER **ORDERED** that the title to the real property described as "Condominium Unit No. 6452, Building No. 5, The French Quarter Condominiums, according to the map thereof, filed for record in Book 3 at Pages 100-109, and as defined and described in the Condominium Declaration for The French Quarter Condominiums recorded in Book 844, Page 633, City and County of Denver, State of Colorado, subject to the terms, provisions, restrictions and obligations of said Condominium Declaration, City

---

[1] "[#30]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). This convention is used throughout this Order.

and County of Denver, State of Colorado" and commonly known as "6452 East Mississippi Avenue, Denver, Colorado 80224" (the "Property") is quieted in the name of Elizabeth D. Satriano.

IT IS FURTHER **ORDERED** that the title of Ms. Satriano to the Property quieted by this Judgment is subject to: (a) that certain deed of trust given by Ms. Satriano for the benefit of MERS, as nominee for American Sterling Bank, which Deed of Trust was recorded in the real property records for Denver County, Colorado on January 1, 2008 at reception number 2008000735 (the "Current Deed of Trust"), and (b) easements, reservations, restrictions, covenants, and rights of way of record.

IT IS FURTHER **ORDERED** that Countrywide Home Loans, Inc. is hereby adjudicated to have no right, title, or interest in the Property via that certain Public Trustee's Deed recorded in the real property records for Denver County, Colorado on December 12, 2011 at reception number 2011140423, that certain Certificate of Purchase recorded in the real property records for Denver County, Colorado on January 3, 2008 at reception number 2008000945, and/or that certain Deed of Trust recorded in the real property records for Denver County, Colorado on April 18, 2006 at reception number 2006060850.

IT IS FURTHER **ORDERED** that the Unknown Persons Defendants are hereby adjudicated to have no right, title, or interest in the Property, a default judgment having been entered against them in this action, except such rights any Unknown Persons may have under the Current Deed of Trust.  *See Clerk's Entry of Default* [#34]; *Default Judgment* [#35].

IT IS FURTHER **ORDERED** that nothing in this Judgment shall be construed as

impairing any rights that exist under the Current Deed of Trust, which remains in full force and effect.

IT IS FURTHER **ORDERED** that the Clerk of Court shall **enter** final judgment in favor of Plaintiff and against Defendant in accordance with this Order and thereafter **close** this case.

Dated:  April 29, 2015                              BY THE COURT:

Kristen L. Mix
United States Magistrate Judge