IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02216-KLM

ELIZABETH D. SATRIANO,

      Plaintiff,

v.

COUNTRYWIDE HOME LOANS, INC.

      Defendant.

---

## JUDGMENT

---

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order filed

on April 29, 2015, by the Honorable Kristen L. Mix, and incorporated herein by

reference as if fully set forth, it is

ORDERED that the Joint Motion for Entry of Judgment  #[30] is GRANTED.  It is

FURTHER **ORDERED** that the title to the real property described as

"Condominium Unit No. 6452, Building No. 5, The French Quarter Condominiums,

according to the map thereof, filed for record in Book 3 at Pages 100-109, and as

defined and described in the Condominium Declaration for The French Quarter

Condominiums recorded in Book 844, Page 633, City and County of Denver, State of

Colorado, subject to the terms, provisions, restrictions and obligations of said

Condominium Declaration, City and County of Denver, State of Colorado" and

commonly known as "6452 East Mississippi Avenue, Denver, Colorado 80224" (the

"Property") is quieted in the name of Elizabeth D. Satriano.  It is

FURTHER **ORDERED** that the title of Ms. Satriano to the Property quieted by

this Judgment is subject to: (a) that certain deed of trust given by Ms. Satriano for the

benefit of MERS, as nominee for American Sterling Bank, which Deed of Trust was

recorded in the real property records for Denver County, Colorado on January 1, 2008

at reception number 2008000735 (the "Current Deed of Trust"), and (b) easements,

reservations, restrictions, covenants, and rights of way of record.  It is

FURTHER **ORDERED** that Countrywide Home Loans, Inc. is hereby

adjudicated to have no right, title, or interest in the Property via that certain Public

Trustee's Deed recorded in the real property records for Denver County, Colorado on

December 12, 2011 at reception number 2011140423, that certain Certificate of

Purchase recorded in the real property records for Denver County, Colorado on January

3, 2008 at reception number 2008000945, and/or that certain Deed of Trust recorded in

the real property records for Denver County, Colorado on April 18, 2006 at reception

number 2006060850.  It is

FURTHER **ORDERED** that the Unknown Persons Defendants are hereby

adjudicated to have no right, title, or interest in the Property, a default judgment having

been entered against them in this action, except such rights any Unknown Persons may

have under the Current Deed of Trust. *See Clerk's Entry of Default* [#34]; *Default

Judgment* [#35].  It is

FURTHER **ORDERED** that nothing in this Judgment shall be construed as

impairing any rights that exist under the Current Deed of Trust, which remains in full

force and effect.  It is

FURTHER **ORDERED** that the defendant is AWARDED costs, to be taxed by the

Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is

FURTHER **ORDERED** that final judgment is hereby entered in favor of Plaintiff

and against Defendant and this case is **closed**.

DATED at Denver, Colorado May 1, 2015.

FOR THE COURT:

Jeffrey P. Colwell, Clerk


By s/ L. Galera
   Laura Galera
   Courtroom Deputy Clerk

3