IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02216-KLM

ELIZABETH D. SATRIANO,

     Plaintiff,

v.

COUNTRYWIDE HOME LOANS, INC., a New York corporation, and all unknown persons who claim any interest in the subject matter of this action,

     Defendant.

_____

**ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Joint Motion to Amend Default Judgment and Judgment** [#39][1] (the "Motion").  The parties seek three amendments to the Default Judgment [#35] and Judgment [#37] entered by the Clerk of Court.

IT IS HEREBY **ORDERED** that the Motion  [#39] is **GRANTED in part and DENIED as moot in part**.[2]

The Motion [#39] is **granted** to the extent that the Clerk of Court is directed to **amend** the Default Judgment [#35] in accordance with the language offered by the parties in the last two paragraphs of the Proposed Amended Default Judgment [#39-2], specifically:

_____

[1]  "[#39]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).  This convention is used throughout this Order.

[2]  The case has been referred to the undersigned for all purposes [#21] pursuant to the Courts Pilot Program and 28 U.S.C. § 636(c), upon consent of the parties [#17].

FURTHER ORDERED that the Default Judgment [#35] is amended to reflect that after default is entered, default judgment shall be entered in favor of Plaintiff and against Unknown Persons except such right, title, or interest any Unknown Persons may have under that certain deed of trust given by Plaintiff for the benefit of MERS, as nominee for American Sterling Bank, which Deed of Trust was recorded in the real property records for Denver County, Colorado on January 1, 2008 at reception number 2008000735 (the "Current Deed of Trust"), which shall remain in full force and effect.  Fed R. Civ. P. 55(b)(2).  It is

FURTHER ORDERED that upon entry of this default judgment, any and all interests Unknown Persons have in the Subject Property shall be extinguished except such right, title, or interest any Unknown Persons may have under the Current Deed of Trust.

The Motion [#39] is further **granted** to the extent that the Clerk of Court is directed

to **amend** the Amended Judgment [#38] to refer to the Amended Default Judgment once

docketed.

The Motion [#39] is **denied as moot** to the extent that the parties request the Clerk

of Court to amend it to reflect that Plaintiff is awarded her costs in this action.  The Clerk

of Court has independently made that correction already.  *See Amended Judgment* [#38].

Dated:  May 4, 2015

BY THE COURT:

Kristen L.  Mix
United States Magistrate Judge