**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02216-KLM

ELIZABETH D. SATRIANO

      Plaintiff,

v.

COUNTRYWIDE HOME LOANS, INC., a New York corporation, and
ALL UNKNOWN PERSONS WHO CLAIM ANY INTEREST IN THE SUBJECT MATTER OF THIS ACTION

      Defendants

---

**AMENDED JUDGMENT**

---

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order filed on April 29, 2015, by the Honorable Kristen L. Mix, and incorporated herein by reference as if fully set forth, it is

ORDERED that the Joint Motion for Entry of Judgment #[30] is GRANTED. It is

FURTHER ORDERED that the Joint Motion to Amend Default Judgment and Judgment #[38] is GRANTED.  It is

FURTHER ORDERED that the title to the real property described as "Condominium Unit No. 6452, Building No. 5, The French Quarter Condominiums, according to the map thereof, filed for record in Book 3 at Pages 100-109, and as defined and described in the Condominium Declaration for The French Quarter Condominiums recorded in Book 844, Page 633, City and County of Denver, State of Colorado, subject to the terms, provisions, restrictions and obligations of said Condominium Declaration, City and County of Denver, State of Colorado" and

1721414.1

commonly known as "6452 East Mississippi Avenue, Denver, Colorado 80224" (the "Property") is quieted in the name of Elizabeth D. Satriano. It is

FURTHER ORDERED that the title of Ms. Satriano to the Property quieted by this Judgment is subject to: (a) that certain deed of trust given by Ms. Satriano for the benefit of MERS, as nominee for American Sterling Bank, which Deed of Trust was recorded in the real property records for Denver County, Colorado on January 1, 2008 at reception number 2008000735 (the "Current Deed of Trust"), and (b) easements, reservations, restrictions, covenants, and rights of way of record. It is

FURTHER ORDERED that Countrywide Home Loans, Inc. is hereby adjudicated to have no right, title, or interest in the Property via that certain Public Trustee's Deed recorded in the real property records for Denver County, Colorado on December 12, 2011 at reception number 2011140423, that certain Certificate of Purchase recorded in the real property records for Denver County, Colorado on January 3, 2008 at reception number 2008000945, and/or that certain Deed of Trust recorded in the real property records for Denver County, Colorado on April 18, 2006 at reception number 2006060850. It is

FURTHER ORDERED that the Unknown Persons Defendants are hereby adjudicated to have no right, title, or interest in the Property, a default judgment having been entered against them in this action, except such rights any Unknown Persons may have under the Current Deed of Trust. *See* Clerk's Entry of Default #[34]; Amended Default Judgment #[41]. It is

FURTHER ORDERED that nothing in this Judgment shall be construed as impairing any rights that exist under the Current Deed of Trust, which remains in full force and effect. It is

FURTHER ORDERED that the <u>Plaintiff</u> is AWARDED <u>her</u> costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is

FURTHER ORDERED that the final judgment is hereby entered in favor of Plaintiff and against Defendant and this case is closed.

DATED at Denver, Colorado, May 5, 2015.

          FOR THE COURT:

          Jeffrey P. Colwell, Clerk

          By <u>s/L. Galera</u>

             Laura Galera
             Courtroom Deputy